UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: Clydell Shelby  
XXX-XX-8645  
Debtor

) Case No: 14-29284  
)  
) Chapter 13  
) Judge Doyle

## ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO: City of Chicago - Dept of Finance  
Attn: Payroll Dept  
121 N. LaSalle St., 7th Floor  
Chicago, IL 60602

WHEREAS, the above named debtor has submitted a plan to pay his debts out of future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan.

NOW THEREFORE, IT IS ORDERED, that the employer of said debtor shall deduct from the earnings of the debtor, the sum of: **$375.00**

Weekly      bi-weekly      **semi-monthly**      monthly

beginning on the next pay day following receipt of this Order and to pay the sum so deducted to the Chapter 13 Trustee, at least once a month to:

TOM VAUGHN, Standing Trustee  
PO BOX 588  
MEMPHIS, TN 38101-0588

IT IS FURTHER ORDERED: that the employer shall change the amount of the deduction upon written notice from the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer shall stop the deduction upon written notice from either the Trustee or the attorney for debtor.

IT IS FURTHER ORDERED: that the employer notify the Trustee if the employment of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED: that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

ENTERED: 9/17/14          _____  
BANKRUPTCY JUDGE

I agree to the entry of this order without further notice or hearing.

DATE: 7/21/14          X Clydell Shelby  
Debtor or Attorney

THIS ORDER WAS PREPARED BY:  
DAVID M. SIEGEL & ASSOCIATES  
790 Chaddick Drive  
Wheeling, IL 60090  
(847) 520-8100